ACCEPTED
04-15-00383-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/24/2015 4:39:48 PM
KEITH HOTTLE
CLERK

CAUSE NO. 04-15-00383-CV

IN RE                                        §                    IN THE FOURTH
                                             §
                                             §            COURT OF APPEALS
                                             §                FILED IN
                                             §            4th COURT OF APPEALS
                                             §            SAN ANTONIO, TEXAS
                                             §            07/24/2015 4:39:48 PM
HATTIE POOLE                                 §            SAN ANTONIO, TEXAS
                                                          KEITH E. HOTTLE
                                                              Clerk

<u>DESIGNATION OF LEAD COUNSEL ON APPEAL</u>

Now comes JEFF POOLE, TEMPORARY GUARDIAN OF HATTIE POOLE, and files

this his Designation of Lead Counsel on Appeal and would show the court as follows:

1.      This is a Guardianship Proceeding and an appeal of a Rule 12B Order Sustaining

Challenge by Guardian Ad Litem Against Attorney to Show Authority entered on May 15, 2015.

The trial court ruled that Hattie Poole did not have the capacity to hire Barry Snell as her

attorney and that he failed to show authority to prosecute or defend the action on behalf of Hattie

Poole.

2.      On June 11, 2015, Hattie Poole, on her own behalf and Barry Snell both filed a

Notice of Appeal. On June 30, 2015, Poole's Attorney Ad Litem, Carmen Samaniego, filed a

Notice of Appeal on behalf of Hattie Poole.

3.      William E. Leighner, lead trial counsel for Jeff Poole, Temporary Guardian of

Hattie Poole, represents Jeff Poole in the trial court. Jeff Poole, Temporary Guardian of Hattie

Poole, hereby notifies all parties and the Court that Laura A. Cavaretta will be acting as lead

counsel for Jeff Poole, Temporary Guardian of Hattie Poole in this appeal. Jeff Poole,

Temporary Guardian of Hattie Poole therefore requests that this notice be filed; that the Court

and all parties take notice of this designation of Laura A. Cavaretta as lead counsel on appeal for

Jeff Poole, Temporary Guardian of Hattie Poole and that Laura A. Cavaretta be served with

copies of all documents filed in connection with the appeal of this action.

WHEREFORE PREMISES CONSIDERED, JEFF POOLE, TEMPORARY GUARDIAN OF HATTIE POOLE, respectfully requests that the Court and all counsel of record acknowledge this Notice; and that Laura A. Cavaretta be served with copies of all documents filed in connection with the appeal of this case.

Respectfully Submitted,

Laura A. Cavaretta
State Bar No. 04022820
William E. Leighner
State Bar No. 24027441

**CAVARETTA, KATONA & LEIGHNER, PLLC**
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 588-2901
Telecopier: (210) 588-2908
e-mail: cavarettal@ckl-lawyers.com

ATTORNEYS FOR JEFF POOLE, TEMPORARY
GUARDIAN OF HATTIE POOLE

## CERTIFICATE OF SERVICE

This is to certify that a correct copy of the above and foregoing has this the 24th[th] day of July, 2015 been forwarded to:

Carmen Samaniego                    *via e-file service*
Attorney at Law
8100 Broadway, Suite 105
San Antonio, Texas 78209
(210) 802-4888 phone
(888) 224-3924 fax
attorneycarmen@me.com

Barry Snell                         *via e-file service*
Bayne, Snell & Krause
1250 N.E.Loop 410 Suite 725
San Antonio, Tx 78209
bsnell@bsklaw.com

Teresa Christian                    *via e-file service*
The Christian Law Firm

22211 IH 10 West, Suite 1206
San Antonio, Tx 78257
Teresa@thechristianlawfirm.com

Laura A. Cavaretta